```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

LINDA SLADE,

                Plaintiff,

  - against -

LAWLESS BEAUTY INC.,

                Defendant.

-----------------------------------------

23-cv-2412 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 26, 2023.

SO ORDERED.

Dated:  New York, New York
        May 11, 2023

                                          /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge