```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LINDA SLADE, | |
| Plaintiff, | 23-cv-2412 (JGK) |
| - against - | <u>ORDER</u> |
| LAWLESS BEAUTY INC., | |
| Defendant. | |

**JOHN G. KOELTL, District Judge:**

On May 11, 2023, this Court directed the parties to file a Rule 26(f) report by May 26, 2023. ECF No. 9. To date, no such filing has been made. The time for the parties to file a Rule 26(f) report is **extended** to **June 22, 2023**.

**SO ORDERED.**

Dated:   New York, New York
         June 2, 2023

_____
John G. Koeltl
United States District Judge